## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:20-cr-0042 |
| ) | |
| **KAHLID BLYDEN,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### ORDER

**BEFORE THE COURT** is the Report and Recommendation of the magistrate judge recommending that the Court accept Kahlid Blyden's ("Blyden") plea of guilty (ECF No. 40) to Count One of the Indictment. In light of the fact that Blyden consented to appear before the magistrate judge to enter his plea and no party has objected to the Report and Recommendation, the Court will adopt the Report and Recommendation and find Blyden guilty as to Count One of the Indictment. Accordingly, it is hereby

**ORDERED** that the Report and Recommendation (ECF No. 40) is **ADOPTED;** it is further

**ORDERED** that Defendant Kahlid Blyden's plea of guilty as to Count One of the Indictment is **ACCEPTED,** and Defendant Blyden is adjudged **GUILTY** on that count; it is further

**ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

**ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties no later than April 15, 2021; it is further

**ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office no later than April 29, 2021; it is further

*United States v. Blyden*
Case No. 3:20-cr-0042
Order
Page 2 of 2

**ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court no later than May 13, 2021; it is further

**ORDERED** that the parties shall file their sentencing memoranda no later than May 27, 2021; it is further

**ORDERED** that a sentencing hearing shall be held on Thursday, June 3, 2021, at 9:00 A.M. in St. Thomas Courtroom No. 1.

**Date:** February 12, 2021                                /s/ *Robert A. Molloy*
                                                                                **ROBERT A. MOLLOY**
                                                                                **District Judge**